# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Case: 1:23-cr-21 |
| | : Assigned To: Judge Colleen Kollar-Kotelly |
| | : Assign. Date : 1/18/2022 |
| v. | : Description: INDICTMENT (B) |
| | : |
| **CHARLES F. MCGONIGAL,** | : |
| | : **FILED UNDER SEAL** |
| Defendant. | : |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal the Indictment and related filings, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the execution of the arrest warrant, the United States has established that a compelling governmental interest exists to justify the requested sealing and delay of entry on the public docket.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment, the instant Motion, this Order, other pleadings, warrants, files, and records in this case be sealed and that entry on the public docket of the criminal case be delayed until the arrest warrant is executed, except as necessary to facilitate the arrest of the defendant.

2. IT IS FURTHER ORDERED that the Government is authorized to apprise individuals of the Indictment and arrest warrant as necessary to execute the Government's arrest operation.

3.      IT IS FURTHER ORDERED that the Indictment is automatically unsealed, without further order, upon execution of the arrest warrant.

Dated: January 18, 2023

                                                                                  _____
                                                                                  HONORABLE ZIA M. FARUQUI
                                                                                  UNITED STATES MAGISTRATE JUDGE