AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Charles F. McGonigal

*Defendant*

) Case: 1:23-cr-21
) Assigned To: Judge Colleen Kollar-Kotelly
) Assign. Date : 1/18/2022
) Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Charles F. McGonigal,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001(a)(1) (Concealment of Material Facts)

18 U.S.C. § 1001(a)(2) (False Statements)

18 U.S.C. § 1519 (Falsification of a Record or Document)

Date: 01/18/2023

City and state: Washington, DC

2023.01.18
16:51:27
-05'00'

*Issuing officer's signature*

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/18/2023, and the person was arrested on *(date)* 1/21/2023
at *(city and state)* JFK International Airport, New York, New York

Date: 1/23/2023

*Arresting officer's signature*

Katherine E. Pattillo, Special Agent
*Printed name and title*