THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-CR-00021-CKK |
| | ) | |
| CHARLES F. MCGONIGAL | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Defendant moves for the admission and appearance of attorney Seth D. DuCharme *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Seth D. DuCharme, filed herewith. As set forth in Mr. DuCharme's declaration, he is admitted and an active member in good standing the following courts and bars: the Bar of the State of New York, Second Circuit Court of Appeals, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York. This motion is supported and signed by David A. Super, an active and sponsoring member of the Bar of this Court.

| | |
|---|---|
| Date: January 25, 2023 | */s/ David A Super* |
| | David A. Super (DCD Bar #429359) |
| | BRACEWELL LLP |
| | 2001 M Street, NW |
| | Suite 900 |
| | Washington, D.C. 20036 |
| | (202) 828-5836 (telephone) |
| | david.super@bracewell.com |