THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:23-CR-00021-CKK |
| | ) |
| CHARLES F. MCGONIGAL, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF SETH D. DUCHARME

## IN SUPPORT OF ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia, I, Seth D. DuCharme, respectfully request to appear *pro hac vice* and participate in the above-captioned matter on behalf of Defendant Charles McGonigal. In support of my admission *pro hac vice*, I declare under penalty of perjury:

1. My name is Seth David DuCharme.

2. My office address is 31 W 52nd St Suite 1900, New York, NY 10019, and my office telephone number is +1 (212) 508-6165.

3. I am admitted to the bars of The State of New York; The Second Circuit Court of Appeals; The Southern District of New York; and The Eastern District of New York.

4. I certify that I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court zero (0) times in the last two years.

6. I do not engage in the practice of law from any office located in the District of Columbia.

Date: January 25, 2023                    Respectfully submitted,

/s/ Seth D. DuCharme

Seth D. DuCharme (NY Registration #4205308)
BRACEWELL LLP
31 W 52nd Street
Suite 1900
New York, NY 10019
(212) 508-6165 (telephone)
seth.ducharme@bracewell.com