THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v.       )<br>)<br>CHARLES F. MCGONIGAL,    )<br>)<br>Defendant.    )<br>) | Case No. 1:23-CR-00021-CKK |

## [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY SETH D. DUCHARME *PRO HAC VICE*

The Court has reviewed the Defendant's motion for admission of attorney Seth D. DuCharme *pro hac vice*. Upon consideration of that motion, the Court grants attorney Seth D. DuCharme *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                                    _____
                                                    United States Magistrate Judge
                                                    Zia M. Faruqui