THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-CR-00021-CKK |
| | ) | |
| CHARLES F. MCGONIGAL, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Defendant moves for the admission and appearance of attorney Meagan C. Maloney *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Meagan C. Maloney, filed herewith. As set forth in Ms. Maloney's declaration, she is admitted and an active member in good standing the following courts and bars: the Bar of the State of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the Bar of the State of Texas. This motion is supported and signed by David A. Super, an active and sponsoring member of the Bar of this Court.

Date: January 25, 2023  /s/ David A Super
David A. Super (DCD Bar #429359)
BRACEWELL LLP
2001 M Street, NW
Suite 900
Washington, D.C. 20036
(202) 828-5836 (telephone)
david.super@bracewell.com