THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-CR-00021-CKK |
| | ) | |
| CHARLES F. MCGONIGAL, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF MEAGAN C. MALONEY
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia, I, Meagan C. Maloney, respectfully request to appear *pro hac vice* and participate in the above-captioned matter on behalf of Defendant Charles McGonigal. In support of my admission *pro hac vice*, I declare under penalty of perjury:

1. My name is Meagan Cressida Maloney.
2. My office address is 31 W 52nd St Suite 1900, New York, NY 10019, and my office telephone number is +1 (212) 938-6433.
3. I am admitted to the bars of The State of New York; The Southern District of New York; The Eastern District of New York; and The State of Texas.
4. I certify that I have not been disciplined by any bar.
5. I have been admitted *pro hac vice* in this Court zero (0) times in the last two years.
6. I do not engage in the practice of law from any office located in the District of Columbia.

Date: January 25, 2023

Respectfully submitted,

_____
Meagan C. Maloney (NY Registration #5949912)
BRACEWELL LLP
31 W 52nd Street
Suite 1900
New York, NY 10019
(212) 938-6433 (telephone)
meagan.maloney@bracewell.com