THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v.        )<br>)<br>CHARLES F. MCGONIGAL,  )<br>)<br>Defendant.      )<br>) | Case No. 1:23-CR-00021-CKK |

**[DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY MEAGAN C. MALONEY *PRO HAC VICE***

The Court has reviewed the Defendant's motion for admission of attorney Meagan C. Maloney *pro hac vice*. Upon consideration of that motion, the Court grants attorney Meagan C. Maloney *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                                    _____
                                                     United States Magistrate Judge
                                                     Zia M. Faruqui