THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v. )<br>)<br>CHARLES F. MCGONIGAL )<br>)<br>Defendant. )<br>) | Case No. 1:23-CR-00021-CKK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for:

Charles F. McGonigal.

Date: January 25, 2023            */s/ David A Super*
　　　　　　　　　　　　　　　　　David A. Super (DCD Bar #429359)
　　　　　　　　　　　　　　　　　BRACEWELL LLP
　　　　　　　　　　　　　　　　　2001 M Street, NW
　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　(202) 828-5836 (telephone)
　　　　　　　　　　　　　　　　　(800) 404-3970 (facsimile)
　　　　　　　　　　　　　　　　　david.super@bracewell.com