THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:23-CR-00021-CKK |
| | ) |
| CHARLES F. MCGONIGAL, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF MEAGAN C. MALONEY
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

Pursuant to this Court's Order dated January 25, 2023, I, Meagan C. Maloney, submit this declaration in support of my admission *pro hac vice* to the Bar of this Court in the above-captioned matter. I hereby declare under penalty of perjury that the following is true and correct:

1. I have read and am familiar with the Local Rules of the United States District Court for the District of Columbia.

Date: January 30, 2023

Respectfully submitted,

*[signature]*

Meagan C. Maloney (NY Registration #5949912)
BRACEWELL LLP
31 W 52nd Street
Suite 1900
New York, NY 10019
(212) 938-6433 (telephone)
meagan.maloney@bracewell.com