THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:23-CR-00021-CKK |
| ) | |
| CHARLES F. MCGONIGAL, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF SETH D. DUCHARME

## IN SUPPORT OF ADMISSION *PRO HAC VICE*

Pursuant to this Court's Order dated January 25, 2023, I, Seth D. Ducharme, submit this declaration in support of my admission *pro hac vice* to the Bar of this Court in the above-captioned matter. I hereby declare under penalty of perjury that the following is true and correct:

1. I have read and am familiar with the Local Rules of the United States District Court for the District of Columbia.

| | |
|---|---|
| Date: January 30, 2023 | Respectfully submitted,<br><br>*/s/ Seth D. DuCharme*<br>_____<br>Seth D. DuCharme (NY Registration #4205308)<br>BRACEWELL LLP<br>31 W 52nd Street<br>Suite 1900<br>New York, NY 10019<br>(212) 508-6165 (telephone)<br>seth.ducharme@bracewell.com |