# BRACEWELL

February 3, 2023

**VIA ECF**

The Honorable Colleen Kollar-Kotelly
District Judge
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re:     *United States v. Charles McGonigal* (#1:23-cr-00021-CKK-1)

Your Honor:

Pursuant to the Court's Order of January 31, 2023, Defendant Charles McGonigal hereby files this letter indicating his consent to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 24, 2023 to March 6, 2023. Please see the attached Waiver of Speedy Trial, indicating that the defendant has been advised of his rights, signed by the defendant (Exhibit A).

Respectfully submitted,

David A. Super
Partner

cc (w/ attach.):
        All Counsel of Record via ECF

**David A. Super**
Partner

T:+1.202.828.5836      F: +1.800.404.3970
2001 M Street NW, Suite 900, Washington,DC 20036-3310
david.super@bracewell.com      bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:23-CR-00021-CKK |
| CHARLES F. MCGONIGAL, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL

I, Charles F. McGonigal, have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial and consent to excluding time from February 24, 2023 to March 6, 2023 from calculation under the Act to provide the parties additional time to review discovery. *See* 18 U.S.C. § 3161(h)(7)(A); § 3161(h)(7)(B)(ii).


Date: February 2, 2023

_____
Charles F. McGonigal

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of February 2023, I electronically filed the

foregoing *Waiver of Speedy Trial* with the Clerk of the Court via the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


*/s/ David A. Super*
David A. Super (D.C. Bar #429359)
**Counsel for Defendant**
**Charles F. McGonigal**