THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:23-CR-00021-CKK |
| | ) |
| CHARLES F. MCGONIGAL, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL

I, Charles F. McGonigal, have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial and consent to excluding time from February 24, 2023 to March 6, 2023 from calculation under the Act to provide the parties additional time to review discovery. *See* 18 U.S.C. § 3161(h)(7)(A); § 3161(h)(7)(B)(ii).

Date: February 2, 2023

_____
Charles F. McGonigal

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2023, I electronically filed the foregoing *Waiver of Speedy Trial* with the Clerk of the Court via the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

 */s/ David A. Super*
David A. Super (D.C. Bar #429359)

**Counsel for Defendant**
**Charles F. McGonigal**