**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 23-cr-21 (CKK)** |
| **v.** | : | |
| | : | |
| **CHARLES F. MCGONIGAL** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar # 481052

By:    /s/ *Elizabeth Aloi*
Elizabeth Aloi
Michael Friedman
Assistant United States Attorneys
D.C. Bar # 1015864 (Aloi)
N.Y. Bar # 4297461 (Friedman)
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
(202) 252-7212 (Aloi)