THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 23-cr-21 (CKK) |
| | : |
| CHARLES F. MCGONIGAL, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court and the parties of the entry of appearance of Michael J. Friedman, representing the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar # 481052

By:   /s/Michael J. Friedman
Michael J. Friedman
Assistant United States Attorney
N.Y. Bar # 4297461
United States Attorney's Office
601 D Street, NW
Washington, DC 20530
(202) 252-6765