NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  1:23-CR-00021-CKK

**CHARLES F. MCGONIGAL**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA           ☒ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*   (adm. pro hac vice)

PLEASE PRINT THE FOLLOWING INFORMATION:

Seth Ducharme (NY Registration #4205308)
*(Attorney & Bar ID Number)*

Bracewell LLP
*(Firm Name)*

31 W 52nd Street  Suite 1900
*(Street Address)*

New York, NY 10019
*(City)          (State)          (Zip)*

(212) 508-6165
*(Telephone Number)*

Email: seth.ducharme@bracewell.com