NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  1:23-CR-00021-CKK

**CHARLES F. MCGONIGAL**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)                     (adm. pro hac vice)

PLEASE PRINT THE FOLLOWING INFORMATION:

Meagan Maloney (NY Registration #5949912)
(Attorney & Bar ID Number)

Bracewell LLP
(Firm Name)

31 W 52nd Street Suite 1900
(Street Address)

New York, NY 10019
(City)        (State)        (Zip)

(212) 938-6433
(Telephone Number)

Email:  meagan.maloney@bracewell.com