```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

United States of America,      ) Criminal Action
                               ) No. 1:23-cr-00021-CKK-1
              Plaintiff,       )
                               ) Status Hearing (via Zoom)
vs.                            )
                               )
Charles F. McGonigal,          ) Washington, D.C.
                               ) March 6, 2023
              Defendant.       ) Time:  3:30 p.m.
_____

             Transcript of Status Hearing (via Zoom)
                           Held Before
         The Honorable Colleen Kollar-Kotelly (via Zoom)
                   United States District Judge
_____

                       A P P E A R A N C E S

For the Government:       Elizabeth A. Aloi
(via Zoom)                Michael J. Friedman
                          UNITED STATES ATTORNEY'S OFFICE
                          FOR THE DISTRICT OF COLUMBIA
                          601 D Street, Northwest
                          Washington, D.C. 20579

For the Defendant:        Seth Ducharme
(via Zoom)                Meagan Maloney
                          BRACEWELL LLP
                          31 West 52nd Street, Suite 1900
                          New York, New York 10019
_____

Stenographic Official Court Reporter:
(via Zoom)                Nancy J. Meyer
                          Registered Diplomate Reporter
                          Certified Realtime Reporter
                          333 Constitution Avenue, Northwest
                          Washington, D.C. 20001
                          202-354-3118

Proceedings recorded by mechanical stenography.  Transcript
produced by computer-aided transcription.
```

```
 1                    P R O C E E D I N G S

 2             (REPORTER'S NOTE:  This hearing was held during the
       COVID-19 pandemic restrictions and is subject to the
 3     limitations of technology associated with the use of
       technology, including but not limited to telephone and video
 4     signal interference, static, signal interruptions, and other
       restrictions and limitations associated with remote court
 5     reporting via telephone, speakerphone, and/or
       videoconferencing.)
 6

 7             THE COURT:  The clerk's office hasn't actually

 8     processed your pro hac vice admission yet.  That's why it

 9     didn't show up on the docket, but I did grant it so you can,

10     obviously, proceed in this particular case.

11             MR. DUCHARME:  Thank you, Your Honor.

12             THE COURT:  So, Mr. McGonigal, are you willing to

13     proceed by video as opposed to in person?

14             THE DEFENDANT:  Yes, Your Honor.

15             THE COURT:  Okay.  The 70 days at this point is

16     May 15th of 2023.  He is compliant with his pretrial

17     conditions.  I believe his New York case next has a -- an

18     appearance on March 8th; is that correct?

19             MR. DUCHARME:  That's correct, Your Honor.

20             THE COURT:  Okay.  And where are we with discovery in

21     this particular case, Ms. Aloi?

22             MS. ALOI:  Good afternoon, Your Honor.  The

23     government has produced a significant volume of discovery, over

24     80,000 pages, and we do expect a second tranche, which will

25     also contain a considerable volume.
```

1     But we have produced to the defendant what we would sort
2 of refer to as the hot documents, and we had a discussion
3 earlier today about drawing his attention to them to make sure
4 he knows where to find them in the voluminous production.  And
5 so we're making great headway on discovery.
6           THE COURT:  All right.  Any discovery issues at all
7 from defense counsel that we need to address?
8           MR. DUCHARME:  I don't think so, Your Honor.
9 We've just received the discovery.  We were negotiating a
10 protective order, which was agreed with the government.
11 We've just received it.  We've begun to review it.  We have
12 been in conversations with the government about trying to gain
13 their assistance in moving through it efficiently.  But I think
14 it's fair to say it's just begun, Your Honor, and we would
15 certainly benefit from some time to work our way through that
16 material.
17      Also, Judge, as you mentioned, we're in the unusual
18 position of being charged at the same time in two districts so
19 some of our resources are split between the two cases.  So
20 things, I think it's fair to say, are on track, but we really
21 would benefit from this time to get our arms around it.
22           THE COURT:  Okay.  Then how much time do you want?
23           MS. ALOI:  Your Honor, we've discussed it with
24 defense counsel, and we think the 60-day status -- a status set
25 out in 60 days would be reasonable.

1           THE COURT:  Okay.  My suggestion -- I have a very
2    tight trial calendar.  Why don't you tell me when you'd like
3    to -- give me a week, and I can tell you if I'm in trial or
4    not.
5           MS. ALOI:  The first week in May.
6           THE COURT:  Okay.
7           MS. ALOI:  First or second week in May.
8           THE COURT:  I have a trial from May 1st to the 5th.
9    So after April 21st, before May 1st, or between May 5th and the
10   10th.
11          MS. ALOI:  So how about between May 5th and the 10th,
12   at the Court's convenience.
13          THE COURT:  Okay.  Let me take a look.
14          MR. DUCHARME:  Your Honor, we have a conflict on the
15   5th, but any day that week would work well for Mr. McGonigal.
16          THE LAW CLERK:  Sorry, Your Honor.  Which week?
17          THE COURT:  I was looking between May 5th and the
18   10th because then one trial ends on the 5th and the other
19   one starts on the 10th.  But none of them are looking that
20   good.
21       We could do -- we could do it on the 9th at 9:00 in the
22   morning.  You're on the East Coast.  That might work.
23          MS. ALOI:  That works for the government.
24          MR. DUCHARME:  Also for the defense, Your Honor.
25          THE COURT:  All right.  So why don't we do then

1  May 9th at 9 o'clock.  And do you want to do it by Zoom still?
2              MS. ALOI:  Yes, Your Honor, if the defense is
3  amenable to that.
4              MR. DUCHARME:  That's fine with us, Your Honor.
5              THE COURT:  And then we'll do Zoom.
6          And are there any other issues?  If not, I'll move to
7  speedy trial issues.
8              MS. ALOI:  There -- no.
9              THE COURT:  Okay.  Dorothy, anything besides speedy
10 trial?
11             THE COURTROOM DEPUTY:  No, Judge.
12             THE COURT:  All right.  Mr. McGonigal, have your
13 speedy trial rights been explained to you?
14             THE DEFENDANT:  Yes, they have, Your Honor.
15             THE COURT:  Are you willing not to count from today's
16 date, which is March 3rd, until May 9th, when you come back, in
17 order to review the extensive discovery and come to some
18 decisions about how you want to resolve the case?
19             THE DEFENDANT:  Yes, Your Honor, I'm in agreement.
20             THE COURT:  All right.  Then I'll find it's in the
21 interest of justice, the community, and the defendant to
22 continue the speedy trial rights between March 6th and May 9th.
23         All right.  Is there anything else from anybody?
24         If not, I'll excuse you.
25             MR. DUCHARME:  Nothing from Mr. McGonigal.

1         THE COURT:  All right.  Then parties are excused.
2    Everybody be well.  Sorry for the delay.
3              (Proceedings were concluded at 3:54 p.m.)

CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

I, Nancy J. Meyer, Registered Diplomate Reporter, Certified Realtime Reporter, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenograph notes and is a full, true, and complete transcript of the proceedings to the best of my ability.

Dated this 13th day of June, 2023.

/s/ Nancy J. Meyer
Nancy J. Meyer
Official Court Reporter
Registered Diplomate Reporter
Certified Realtime Reporter
333 Constitution Avenue Northwest
Washington, D.C. 20001