THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 1:23-CR-00021-CKK |
| ) | |
| CHARLES F. MCGONIGAL, ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR CONTINUANCE FOR STATUS CONFERENCE**

Defendant Charles McGonigal files this Unopposed Motion for Continuance for Status Conference, with the government's consent, as follows:

1. A status conference in this case is currently set for July 28, 2023 at 2:00pm.

2. Defendant's counsel has a long-standing conflict with the currently set date. As such, Defendant respectfully requests, with the government's consent, that the Status Conference be reset for August 4, 2023.

3. The government is unopposed and consents to the hearing being reset to August 4, 2023.

4. This Motion is Defendant's first request for a continuance and is not being sought for purposes of delay.

5. Defendant consents to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 26, 2023 to August 4, 2023. Please see the attached Waiver of Speedy Trial, indicating that the defendant has been advised of his rights, signed by the defendant (Exhibit 1).

WHEREFORE, Defendant Charles McGonigal respectfully requests that the Court grant this Motion and reset the date for the Status Conference for August 4, 2023.

Date:  July 25, 2023    Respectfully submitted,

*/s/ Seth D. DuCharme*
Seth D. DuCharme (*admitted pro hac vice*)
State Bar No. 4205308
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY 10019
Telephone: (212) 508-6165
Email: seth.ducharme@bracewell.com

***Counsel for Defendant***
***Charles F. McGonigal***

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that on July 19, 2023, counsel for the government was conferred regarding the basis of this motion and has consented to resetting the Status Conference for August 4, 2023.

*/s/ Seth D. DuCharme*
Seth D. DuCharme
*Counsel for Defendant*
*Charles F. McGonigal*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July 2023, I electronically filed the foregoing *Unopposed Motion for Continuance for Status Conference* with the Clerk of the Court via the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Seth D. DuCharme*
Seth D. DuCharme
*Counsel for Defendant*
*Charles F. McGonigal*