# Exhibit 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:23-CR-00021-CKK |
| ) | |
| CHARLES F. MCGONIGAL, ) | |
| Defendant. ) | |

## WAIVER OF SPEEDY TRIAL

I, Charles F. McGonigal, have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial and consent to excluding time from July 26, 2023 to August 4, 2023 from calculation under the Act. *See* 18 U.S.C. § 3161(h)(7)(A); § 3161(h)(7)(B)(iv).

Date: July 25, 2023

_____
Charles F. McGonigal

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July 2023, I electronically filed the foregoing *Waiver of Speedy Trial* with the Clerk of the Court via the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date:  July 25, 2023  /s/ Seth D. DuCharme
Seth D. DuCharme (*admitted pro hac vice*)
State Bar No. 4205308

***Counsel for Defendant***
***Charles F. McGonigal***