THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:23-CR-00021-CKK |
| ) | |
| CHARLES F. MCGONIGAL, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE**

The Unopposed Motion for Continuance for Status Conference is GRANTED.

The currently set Status Conference will be reset from July 28, 2023 to August 4, 2023.

ORDERED that the time between July 26, 2023, and August 4, 2023, shall be excluded from calculation under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, and the defendant has expressly consented to the exclusion of time.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii); § 3161(h)(7)(B)(iv).

Signed this _____ day of _____, 2023.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge