# **EXHIBIT 1**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-CR-00021-CKK |
| | ) | |
| CHARLES F. MCGONIGAL, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF SPEEDY TRIAL

I, Charles F. McGonigal, have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial and consent to excluding time from September 13, 2023 to September 21, 2023 from calculation under the Act to provide the parties additional time to negotiate a potential resolution of this case in advance of the next status conference. *See* 18 U.S.C. § 3161(h)(7)(B)(ii); § 3161(h)(7)(B)(iv).

Date: September 7, 2023

_____
Charles F. McGonigal