# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:23-CR-00021-CKK |
| | ) |
| CHARLES F. MCGONIGAL, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

The Unopposed Motion for Continuance for Status Conference is GRANTED.

The currently set Status Conference will be reset from September 13, 2023 to September 21, 2023.

ORDERED that the time between September 13, 2023, and September 21, 2023, shall be excluded from calculation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A). The Court finds that a continuance outweighs the best interests of the public and the defendant in a speedy trial and will provide the parties additional time to negotiate a potential resolution of the case in advance of the next status conference. *See* 18 U.S.C. § 3161(h)(7)(B)(ii); § 3161(h)(7)(B)(iv).

Signed this _____ day of _____, 2023.

_____
COLLEN KOLLAR-KOTTELLY
United States District Judge