CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Criminal Case No.: 23-cr-00021 (CKK) |
| ) | |
| CHARLES F. MCGONIGAL ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

/s/Elizabeth Aloi
Assistant United States Attorney

Approved:

_____      Date: Sept 22, 2023

**Colleen Kollar-Kotelly**

United States District Judge