This redaction version only.

**From:** ▮
**To:** ▮
**Subject:** Question re Albanian FARA case? --- ▮
**Date:** Friday, March 16, 2018 1:47:38 PM
**Attachments:** Opening - ▮ NY ▮.pdf

Good Afternoon ▮,

Is this twice in one week for us? 😊

We just received the below Opening LHM from NY. It is for a FARA case on Albania which you know is an un-banded threat.

The subject of the case, ▮ and his company, ▮ have indeed registered for FARA, however, there are potentially some issues with some payments made through other companies, involved in furs and textiles, and how that was declared on the FARA registration.

The LHM reads that Squad ▮ received guidance from SAC McGonigal to open this case. There will also be an EC forthcoming categorizing this as a SIM.

So my question is with all the talk of shortage of resources and most field offices having difficulty covering Band 3 and 4 threats, and FARA cases from banded threat countries rarely prosecuted by DOJ, why is NY requesting a SIM FARA investigation be opened on Albania for an improper FARA registration as a threat to national security?

I of course will fully support anything NY wants to do in their AOR, but once the paperwork to restrict this case gets reported up my chain of command, I would like to be able to explain to them why we are working an Albanian SIM/FARA case when every day I am in there fighting for resources on some national security matters pertaining to banded countries such as ▮. I am assuming since this directive is coming from SAC McGonigal there is more to this story? Could this be related to ▮? And if so, I can pass this ▮.

Please let me know your thoughts so I can be ready to answer up my chain when I get asked questions as to why we are working an Albania FARA case.

Thanks!

▮

███

███

██████████████

████

██████████

██████

████████████████

██████████████

████████████████████

██████████████████████

████████████████

From: ██████████████
Sent: ██████████████
To: ████████████████████
Subject: ██████████████

████████████████

████████████████████████████

████████████████████████

████████████████████████

FD-1057 (Rev. 5-8-10)
This redaction version only.

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

Title: ▮▮▮ Case Closing EC                                  Date: 07/25/2019

CC: ▮▮▮

From: NEW YORK
       ▮▮▮
       Contact: ▮▮▮

Approved By: ▮▮▮

Drafted By: ▮▮▮

Case ID #: ▮-NY-▮▮▮     ▮▮▮
                        REPUBLIC OF ALBANIA;
                        FOREIGN AGENTS REGISTRATION ACT - OTHER
                        SENSITIVE INVESTIGATIVE MATTER

Applied to all Subfiles: Yes

Synopsis: ▮▮▮ To close captioned Full Field Investigation.

▮▮▮

Details:

▮▮▮ On 2/26/2018, FBI New York opened a Full Field Investigation on ▮▮▮ concerning his representation as an agent of a foreign principle which may pose a national security intelligence threat to the US.

▮▮▮ FBI New York's investigation has not found ▮▮▮ to have

▮▮▮

Title: ▮▮▮ Case Closing EC
Re: ▮▮▮▮▮▮   07/25/2019

conducted criminal activity while representing a foreign political party and that ▮▮▮ filed the appropriate Foreign Agents Registration Act (FARA) paperwork with the Department of Justice (DOJ).

**Background and Biographical Information:**

▮▮▮ On approximately 1/11/2018, FBI New York was provided information by a former Albanian law enforcement officer regarding two FARA filings by ▮▮▮▮▮▮▮▮▮▮ on behalf of the Democratic Party of Albania (DPA). An agreement between ▮ and ▮▮▮▮ ▮▮▮▮▮▮ another lobbying group affiliated with ▮▮▮ was included with the FARA registration documents. The former Albanian officer advised a suspicious company named ▮▮▮▮▮▮▮▮▮ was involved in the payment from ▮ to ▮▮▮.

▮▮▮ Identification and Biographical Data:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ An open source search described ▮ as a lobbying firm providing public affairs and consulting in the US. The address listed for ▮ was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ An open source search described ▮▮▮▮▮▮ as a worldwide top class agriculture industry, textile, and artificial fur material supplier specializing in high quality textile products for sportswear based in ▮▮▮ ▮▮▮ United Kingdom.

**Current Investigation:**

2



Title: ▮▮▮ Case Closing EC
Re: ▮▮▮▮▮▮ 07/25/2019

▮▮▮ On 6/14/2018, FBI New York CD-20 interviewed two individuals with direct knowledge of ▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮ filings with Albania's election committee. The information provided during the interviews was similar to what was provided by the former Albanian law enforcement officer. The interviews generated a few leads which were investigated and covered.



▮▮▮ On 5/16/2019, a comprehensive financial analysis of nine Bank of America accounts ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ controlled by ▮▮▮ which include ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Key findings indicate payments from potential foreign entities of wire and electronic transfers to ▮▮▮▮▮ were disclosed in FARA filings by or on behalf of ▮▮▮▮▮▮▮▮▮▮▮▮ There was no derogatory information found from the subpoenaed bank and credit card accounts related to captioned investigation.

▮▮▮ As per DIOG section DIOG 7.12.1.A-G: FBI New York, ▮▮▮ has ▮▮▮▮▮▮▮

Title: ███  Case Closing EC
Re: ███████  07/25/2019

completed all logical and reasonable investigative action concerning ██████ sufficient personnel and financial resources were expanded on the investigation, all methods/techniques initiated were completed and/or discontinued and all leads have been completed.  This investigation is being closed due to ██████ compliance with disclosing payments made from the ████████████ in FARA filings with the DOJ. In the event new information concerning captioned investigation develops, FBI New York will consider reopening the investigation if deemed appropriate.

♦♦