**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (NY) (FBI)" <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**To:** "MCGONIGAL, CHARLES F. (NY) (FBI)" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: Request for a Meeting --- UNCLASSIFIED//FOUO
**Date:** Thu, 10 May 2018 12:12:27 -0400
**Importance:** Normal

Classification: UNCLASSIFIED//FOUO
========================================================

SAC McGonigal,
In response to below, please be advised that I had a discussion this morning with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, who spearheads political issues for ▓▓▓▓▓▓ and the USUN. ▓▓▓▓▓▓▓▓▓▓ also attended this meeting. ▓▓▓▓▓▓▓▓ advised that ▓▓▓▓▓▓▓▓ (▓▓▓▓) is fundamentally a humanitarian, hence her assignment to ▓▓▓▓▓▓, and that she has limited political experience to get involved with something of this nature. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please let me know if there is anything further that I can assist you with regarding this matter.
Respectfully,
▓▓

_____
**From:** MCGONIGAL, CHARLES F. (NY) (FBI)
**Sent:** Tuesday, May 08, 2018 6:46 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (NY) (FBI) <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** Request for a Meeting --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
========================================================

▓▓,

Per our discussion this morning, I was approached in Frankfurt by Dr. ▓▓▓▓▓▓ (former ▓▓▓▓▓▓▓▓▓▓ and Dr. ▓▓▓▓▓▓), General Manager of ▓▓▓▓ Pharmaceuticals (well versed in Balkan politics). Dr. ▓▓▓▓ led the discussion which culminated in a request for a back-channel meeting in New York with Ambassador Haley, Ambassador Currie or a decision-maker within State or the Administration. The request centered upon the idea of presenting a proposal for free elections and the unification for one President between all ethnic groups in lieu of having the different cultural factions and offices of the Presidency in the region. This proposal and prospective presentation to the US Officials is fully sanctioned by ▓▓▓▓▓▓▓▓.

The reason for the back-channel request was ▓▓▓▓▓▓▓▓ felt any proposal touching upon a unification would be summarily rejected by Serbs and the other ethnic groups within the region and it was the assessment of these parties

that if they could present the proposal to the US without having to go thru normal diplomatic channels to avoid a leak to the ethnic groups and potentially obtain US support it would have more impact and support from all ethnic groups.

Both advised they were prepared to travel to New York if such a meeting would be feasible.

SAC Charles F. "Charlie" McGonigal
FBI - New York Office
Counterintelligence Division
212-384-2872 - office
202-437-2968 - cell
charles.mcgonigal@ic.fbi.gov


```
=======================================================
Classification: UNCLASSIFIED//FOUO

=======================================================
Classification: UNCLASSIFIED//FOUO
```

US-0000034936

| | |
|---|---|
| From: | "Charles McGonigal" <​███████@yahoo.com> |
| Sent: | Sun, 1 Jul 2018 20:55:32 +0000 (UTC) |
| To: | "███████" <███████████> |
| Subject: | Fw: Re: Bosnia |

Thanks, Charlie

----- Forwarded Message -----
From: Charles McGonigal <███████@yahoo.com>
To: ███████ <███████████>
Sent: Monday, June 25, 2018, 11:55:45 AM EDT
Subject: Re: Bosnia

███

In support of your efforts to work with ███ I would prpose the following contract structure:

In furtherance of identifying, securing and scheduling a meeting with a representative from the U.S. United Nations, a referral fee of $250,000 will be due as soon as the meeting is confirmed and scheduled.

Once the meeting occurs whatever the outcome, whether a second meeting is secured or no future meetings are secured or scheduled, an additional $250,000 will be due in 2 increments of $125,000 over a 6 month period from the date of the meeting.

Terms of this specific agreement with ███████ are confidential and should not be disclosed to any third parties at any point in time during future meetings.

On Wednesday, February 14, 2018, 9:10:55 AM EST, ███████ <███████████> wrote:

Some Albanian wants me to meet this guy...
Can you check and let me know what should I do..

Sent from my iPhone

**From:** ▓▓▓▓ ▓▓▓▓ @ ▓▓▓▓▓▓▓▓ >
**To:** ▓▓▓▓ @yahoo.com
**Subject:** Fwd: ▓▓▓ Pharmaceuticals.docx
**Date:** Wed, 18 Jul 2018 18:22:51 -0400
**Attachments:** ▓▓▓_Pharmaceuticals.docx

---------- Forwarded message ----------
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >
Date: Wed, Jul 18, 2018 at 6:21 PM
Subject: Fwd: ▓▓▓ Pharmaceuticals.docx
To: ▓▓▓▓▓▓▓


---------- Forwarded message ----------
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Date: Wed, Jul 18, 2018 at 6:19 PM
Subject: ▓▓▓▓▓▓▓
To: ▓▓▓▓▓▓▓


Dear ▓▓▓

I hope my email finds you well in every aspect.
Congratulations on receiving the US Visa.

Please find The Attached Draft Agreement and if you agree please sign it and send it back to me.

Also if you agree with this Agreement, I will need asap the names of the people in your delegation accompanied with their bios.


Best regards,

▓▓▓▓

▓▓▓▓▓▓

## AGREEMENT

THIS AGREEMENT is entered into as of this ___ day of July, 2018, by and between ▇▇▇ Pharmaceuticals ▇▇▇ and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

WHEREAS, ▇▇▇▇ will provide referral services to ▇▇▇ as described below; ▇▇▇▇▇▇ represents that it has the qualifications, experience and ability to properly perform the Services. ▇▇▇▇▇▇ shall use its best efforts to perform the Services such that the results are satisfactory to ▇▇▇▇.

NOW, THEREFORE, the parties hereto agree as follows:

(1) **Services**: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ will make an introduction of ▇▇▇ Pharmaceuticals, to a member of the U.S. mission to the United Nations. (The U.S. Mission to the United Nations serves as the United States' delegation to the United Nations. It is responsible for carrying out the nation's participation in the United Nations.) This introduction will provide a representative of ▇▇▇ with a duly scheduled private meeting with a representative of the U.S. mission.

The purpose of the meeting is confidential.

Regardless of the outcome of the meeting, once the meeting has occurred, ▇▇▇▇▇▇ will have fulfilled its contractual obligation and ▇▇▇ will be responsible to pay compensation as described below.

(1) **Compensation**: A referral fee of $250,000 will be due immediately upon the scheduling and confirmation of the meeting. Once the meeting occurs, whatever the outcome, whether a second meeting is secured or no future meetings are secured or scheduled, an additional $250,000 will be due in two payments as follows: $125,000 within 90 days of the scheduled meeting and $125,000 within 180 days of the scheduled meeting.

▇▇▇▇ will not be responsible for any expenses of ▇▇▇▇▇▇ in the course of the performance of its obligations hereunder.

(2) **Relationship of Parties**. Nothing contained in this Agreement will be deemed or construed as creating a joint venture or partnership between ▇▇▇ and ▇▇▇▇. Neither party, by virtue of this Agreement, is authorized as an agent, employee or legal representative of the other. Except as specifically set forth herein, neither party will have the power to control the activities and operations of the other and their status is, and at all times will continue to be, that of independent contractors.

**(3)** **Governing Law.** This Agreement will be governed by and construed in accordance with the laws of the State of Delaware, without regard to any applicable conflicts of laws, except to the extent that certain matters may be governed by federal law by reason of preemption.

**(4)** **Confidentiality.** The terms and conditions of this Agreement are absolutely confidential between the parties and shall not be disclosed to anyone else, except as shall be necessary to effectuate its terms. Any disclosure in violation of this section shall be deemed a material breach of this Agreement.

**(5)** **Entire Agreement.** This Agreement constitutes the entire agreement between the parties with respect to this subject matter and supersedes all previous proposals, both oral and written, negotiations, representations, commitments, writings and all other communications among the parties.

**(6)** **Severability.** If one or more provisions of this Agreement are held to be unenforceable under applicable law, the parties agree to renegotiate such provision in good faith. In the event that the parties cannot reach a mutually agreeable and enforceable replacement for such provision, then (i) such provision shall be excluded from this Agreement, (ii) the balance of the Agreement shall be interpreted as if such provision were so excluded and (iii) the balance of the Agreement shall be enforceable in accordance with its terms.

**(7)** **Counterparts.** This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together will constitute one and the same instrument.

**(8)** **Advice of Counsel.** EACH PARTY ACKNOWLEDGES THAT, IN EXECUTING THIS AGREEMENT, SUCH PARTY HAS HAD THE OPPORTUNITY TO SEEK THE ADVICE OF INDEPENDENT LEGAL COUNSEL, AND HAS READ AND UNDERSTOOD ALL OF THE TERMS AND PROVISIONS OF THIS AGREEMENT. THIS AGREEMENT SHALL NOT BE CONSTRUED AGAINST ANY PARTY BY REASON OF THE DRAFTING OR PREPARATION HEREOF.

By: ███████
President

███████
Wilmington, DE 19801
Tel: ███████

By: ███████
General Manager

███Pharmaceuticals, d.o.o.
███████
Bosnis & Herzegovina
Tel: ███████