# EXHIBIT E



# GUARDIAN

INVESTIGATIONS - SECURITY – INTELLIGENCE

From:   Thomas Fitzgerald
        President
        Guardian Consulting LLC
        ███████████████
        ████████

To:     Honorable Colleen Kollar-Kotelly
        United States District Judge
        333 Constitution Avenue N.W.
        District of Columbia Washington D.C. 20001

Your Honor,

    I first met Charlie McGonigal in 2002 when we were both assigned to the FBI Joint Terrorism Task Force. At the time, I was an NYPD Detective detailed to the JTTF immediately after the attacks on September 11, 2001. My first impression of Charlie was that of a hardworking, mission oriented, patriot. Our responsibilities within the task force and then our careers pulled us in opposite directions for several years. Charlie went on to rise within the ranks of the FBI and I retired from the NYPD after twenty-one years to become a counter-terrorism contractor for the United States Intelligence Community. At the completion of my government service, I went on to run my company, Guardian Consulting, full time. Guardian is a private security and investigations company that I started following my retirement from the NYPD, but the company took a backseat to my government service for several years. Mutual friends would eventually reintroduced Charlie and I shortly before his retirement from the FBI. We quickly became good friends. I was then running my company and Charlie was preparing to retire from the FBI to become a corporate executive. Despite our busy schedules, we got together as often as possible. I always looked forward to his company. I found him to be the same hardworking, mission oriented professional that I had originally met. I also found him to be a devout family man and proud father. We spent a great deal of time talking about work and talking about our children. I respected the fact that he made time, despite his busy work schedule, to visit and spend time with his kids at their respective schools. I can also recall several instances when Charlie got in his car to drive through the night because one of his children required his assistance or a family matter back in Ohio called for his presence. Even today, in the face of an uncertain future, the strength and composure that Charlie maintains for the benefit of his family is remarkable. His biggest concern is that they do not worry about him.

    I understand that it is not my place to offer an opinion on Charlie's guilt or innocence, but as someone who has spent most of my adult life chasing bad people who would do us harm, I can



# GUARDIAN

INVESTIGATIONS - SECURITY – INTELLIGENCE

unequivocally say that Charlie McGonigal is no such person. Charlie has spent most of his life as part of something that is bigger than us all, the safety and security of our nation. Holding key positions of trust and responsibility along the way. Even in the private sector, major corporations have found Charlie responsible and trustworthy enough to place him in charge of the safety of their employees and assets.

Your Honor, I respectfully request that you weigh the totality of this man's life against what he is currently being judged for to determine if incarceration serves the greater good.

Thank you for your time and attention.

Respectfully,

*Thomas Fitzgerald*

Thomas Fitzgerald