# EXHIBIT F

Dana M. Debski

███████████████████
█████████████

November 13, 2023

Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Avenue N.W.
District of Columbia
Washington D.C. 20001

RE:     Charles McGonigal

Dear Judge Rearden:

Please consider the following in support of Charles McGonigal.  Charlie has been a close friend that I have respected and admired for over 20 years.  I live in Canal Fulton, Ohio and have been an attorney for 27 years.  My husband and I met Charlie and his family when our children attended the same day care center in Canton, Ohio.  Even though we only lived in the same city as the McGonigal family for about a year, our families became very close and have remained connected over the years. We have spent time together at each other's homes, on vacations, at numerous amusement park trips when our children were younger, at dinners celebrating milestones and holidays, and time together supporting of each other through difficult times and just time in each other's company. Charlie and his family have been like family to us.

Through the years, I have observed Charlie's interactions in numerous environments and situations and have only ever seen him treat those he encounters with the upmost respect and kindness.  Charlie has been a compassionate, caring, and steady friend and has always been willing to help when needed without hesitation.  He has taken time to provide advice to a friend of mine whom he had never met when I asked him, on countless occasions he has driven through several states to be present for family members in their time of need or to celebrate an achievement, he opened his home to family members when they needed a place to stay for extended periods of time,  and was there to provide support when my husband and I suffered the loss of our baby.

Charlie is our son's godfather, but he has been a role model to all three of our children and someone that I have held in the highest esteem. To learn that someone that my family and I have held in such high regard committed a crime was distressing and disappointing.  However, I have renewed respect for Charlie after observing his behavior over this past year.  He has demonstrated remorsefulness, humbleness, a commitment to improving himself, repairing and rebuilding his relationships and a commitment to earning the respect and trust of his family and friends.  I am confident that he will continue to focus and work to that end.  Therefore, I respectfully ask for leniency in Charlie's sentencing.

Respectfully submitted,

*Dana M. Debski*

Dana M. Debski