# EXHIBIT H



John A. Spain

November 10, 2023

Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Avenue N.W.
District of Columbia
Washington, D.C. 20001

Re: Charles (Charlie) McGonigal

Dear Honorable Colleen Kollar-Kotelly,
I have been a life-long resident of the Washington, D.C suburbs and I am a Certified Public Accountant. I met Charlie and his family at our community neighborhood swimming pool in 2010. Charlie and I became instant friends because of our similar education, accounting background and fondness for sports. Our families have traveled and vacationed together.

In 2014, Charlie decided to organize a neighborhood softball team and to encourage his friends in the surrounding neighborhoods to form their teams and to have an annual day long tournament crowning the winner. The idea was a big hit with everyone in our local school district. One of our team's players (and friend and neighbor) was diagnosed with Glioblastoma in 2015 and he played his final game with us in June of 2016 before succumbing to his death in August 2016. In 2017 Charlie changed the name of the annual tournament to the "John Fox Memorial Softball Tournament" to honor his friend and to donate the fees generated by the tournament to the National Institutes of Health. Throughout this period, Charlie showed compassion and genuine concern for his friend and his friend's family. Charlie's visits to see his friend's family, offering sympathy and support, continued after Charlie took the job in New York.

Charlie has always been a stand-up guy and an important fixture of our community. Charlie always participated in career days at the local elementary school where he would come in and explain to school kids the important work he did at the FBI and to encourage young minds to explore the same career path he did. When the swim team needed a starter for the three-hour long Wednesday night B meets, guess who stepped up? Of course, it was Charlie.

I understand Charlie has been convicted of a crime. It has been a disappointment for his family and for me and all of Charlie's friends that I know. In my conversations with Charlie, he has shown incredible remorse and I know he is disappointed with himself and the decisions he made.

I respectfully request that you show leniency in his upcoming sentencing.

*John A. Spain*