# EXHIBIT I

# CHRISTOPHER R. DEBSKI



November 13, 2023

Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Ave. NW
District of Columbia
Washington, D.C. 20001

     **RE:**    **Charles McGonigal**

Dear Judge Kollar-Kotelly:

My name is Christopher Robert Debski, and I am a husband, a father, a grandfather, and an attorney. Thank you for the opportunity to speak on behalf of my very good friend Charlie McGonigal. My wife Dana and I have known Charlie and his wife Pam since our kids were little. Even though we have lived in different states over the last twenty years, we have kept in close contact and have tried to visit each other as much as possible.

Our families' friendship started in 2002 when Dana and I had just moved our young family to the Canton area and Pam and Charlie did the same. Both our families had two young kids attending Canton Montessori School when we all met and became fast friends. I liked Charlie right away because he was amicable, outgoing, and family-oriented. He and Pam always seemed to take Sarah and Connor on bike rides and outings, and they genuinely loved the time they spent together.

I also admired Charlie for his good character and his compassion. Canton Montessori always needed volunteers for one thing or another, and Charlie made sure to help whenever he could. One time he enlisted me in a project to help paint all the classrooms. We showed up and worked hard, and the whole time Charlie genuinely enjoyed the work, engaged with school staff and other volunteers, and made us all feel good about the work that we did.

Like any good friend, Charlie was always there if I needed him. After Charlie and his family moved to Washington D.C., Dana and I found out that Dana was pregnant with our third child. Sadly, our little girl was born prematurely and did not survive. Charlie and Pam were distraught but also kind and compassionate in mine and Dana's time of need. Charlie and Pam came back

to Ohio for a visit.  I remember it like yesterday because we had ordered some food at a local eatery and Charlie and I went to pick it up.  While we waited, we sat at the bar and talked about the loss and grieving, and it helped.  I appreciated it then, and I still do to this day.  It meant so much to me that when Dana and I adopted our son Owen about a year later, Charlie's name was at the top of my list to be Owen's godfather.  I can honestly say that Charlie is and always will be a close friend for he is like a brother to me.

Charlie and I have talked about his conviction, and I am certain that he is truly remorseful for the harm that he has caused himself, his family, his community, and his country.  Thank you for your time and consideration.

Sincerely,

Christopher R. Debski