# EXHIBIT J

Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Ave, NW
District of Columbia
Washington, DC 20001

November 13, 2023

To the Honorable Judge Kollar-Kotelly,

Joan and I have known Charlie and his wife Pam for approximately 20 years. We count them among our closest friends and have shared many life experiences with them, both large and small. We are aware that our friend Charles McGonigal has been convicted of a crime, and we are jointly writing this message to give you our sense of him.

We were neighbors of Pam and Charlie in Chevy Chase, Maryland for roughly a decade, broke bread with them innumerable times, vacationed together, and have been good and close friends throughout.

Charlie has always taken an active role with his family as husband, father, and in-law. Charlie and Pam frequently hosted get-togethers at their home and made a concerted effort to ensure that people were comfortable and enjoying themselves. Regularly at Christmas Pam and Charlie would have friends over for a fun and easy-going dinner party, and then wake up at the crack of dawn to load the kids and presents into the car and drive to Ohio where they had their family holiday celebration. They were consistent in their commitment to friends and to family. From our end at the dinner party, Charlie was a great host chatting away with friends and enjoying.

Charlie is very personable and is an extraordinary listener. He engages people and regularly asks them about what is going on in their lives. He cares and frequently brings up details from past conversations, further conveying his interest in the individual. I have experienced this myself and seen him engaging with others and making them feel welcomed and at ease. As a dedicated and committed father Charlie made concerted efforts to be present in his kids lives. We always found it touching and funny that Charlie, who to our knowledge is not a science-fiction fan, dove deeply into the Stars Wars world when his son Connor had a multi-year obsession with the characters, movies, and books. Joan and I chuckled that that was dedication.

He was also dedicated to and proud of his affiliation with the FBI, has a strong work ethic, and is driven to help others. Examples of Charlie being supportive of the community include when he would regularly help shovel snow from the street when the snow plows were not there, and he would cut the grass of an elderly neighbor without being prompted. Charlie is a thoughtful and caring person, and Joan and I consider ourselves lucky to have such a grounded and wonderful person as our friend.

We thank you for allowing us to share our insights with you and ask you kindly for leniency.

Lawrence Hirsh and Joan Melner