UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:23-CR-00021-CKK |
| | ) |
| CHARLES F. MCGONIGAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND SURRENDER DATE**

The Unopposed Motion to Extend Surrender Date is GRANTED.

The currently set surrender date will be reset from March 18, 2024 to June 3, 2024.

Signed this __14__ day of __March__, 2024.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge